**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARIANA GARCIA PALACIO,<br>Petitioner,<br>v.<br>LUIS SOTO, *et al.*,<br>Respondents. | Hon. Evelyn Padin, U.S.D.J.<br>Civil Action No. 26-12332 (EP)<br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be and hereby is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs, attorneys' fees, expenses, or disbursements to either party. The stay or restraints on the transfer or transport of Petitioner is hereby lifted by agreement of the parties.

CARDENAS IMMIGRATION LAW

By: Veronica Cardenas
Veronica Cardenas, Esq.
*Attorneys for Petitioner*

ROBERT FRAZER
United States Attorney

By: *s/Carlos F. Ugalde Alvarez*
Carlos F. Ugalde Alvarez, Esq.
Assistant United States Attorney
*Attorneys for Respondents*

Dated: October 3, 2026

Dated: October 3, 2026

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Dated: October 6, 2026

Date: 10/6/2026